No. 79–6664. ALFORD v. CENTRAL INTELLIGENCE AGENCY, *ante*, p. 854;

No. 79–6681. MORTON v. STYNCHCOMBE, SHERIFF, ET AL., *ante*, p. 855;

No. 79–6690. ROSADO ET AL. v. CIVILETTI, ATTORNEY GENERAL, ET AL., *ante*, p. 856;

No. 79–6711. THIESS v. FRANKLIN SQUARE HOSPITAL, INC., ET AL., *ante*, p. 857;

No. 79–6757. RUCKER v. FICKAS ET AL., *ante*, p. 860;

No. 79–6772. CLUGSTON ET AL. v. MICHIGAN ET AL., *ante*, p. 861;

No. 79–6818. SMITH v. ASSIGNMENT OFFICE OF MONTGOMERY COUNTY CIRCUIT COURT ET AL., *ante*, p. 864;

No. 79–6826. PREJEAN v. LOUISIANA, *ante*, p. 891;

No. 79–6831. HUNTER v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA, *ante*, p. 865;

No. 79–6861. MARATTY v. KENTUCKY, *ante*, p. 866;

No. 80–1. GREEN v. BARTHOLOMEW ET AL., *ante*, p. 868;

No. 80–32. HYNNING v. DuFIEF MORTGAGE, INC., ET AL., *ante*, p. 802;

No. 80–44. DUAL MANUFACTURING & ENGINEERING, INC., ET AL. v. BURRIS INDUSTRIES, INC., ET AL., *ante*, p. 870;

No. 80–163. IN RE CHESTNUTT MANAGEMENT CORP., *ante*, p. 816;

No. 80–211. JOHNSTON v. UNITED STATES ET AL., *ante*, p. 876;

No. 80–5050. JOHNS v. NANAWALE COMMUNITY ASSN. ET AL., *ante*, p. 921;

No. 80–5051. NEWBOLD v. UNITED STATES POSTAL SERVICE ET AL., *ante*, p. 878;

No. 80–5053. QUINONES v. TEXAS, *ante*, p. 893; and

No. 80–5173. CLAY, ADMINISTRATOR v. HALL ET AL., *ante*, p. 914. Petitions for rehearing denied.